## IN THE UNITED STATES DISTRICT COURT
## OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BUZZFEED INC.**, | ) |
| 111 East 18th Street, 13th Floor | ) |
| New York, NY 10003 | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **U.S. DEPARTMENT OF HEALTH AND** | ) |
| **HUMAN SERVICES,** | ) |
| 200 Independence Ave., S.W. | ) |
| Washington, D.C. 20201 | ) |
| | ) |
| **NATIONAL INSTITUTES OF HEALTH,** | ) |
| 9000 Rockville Pike | ) |
| Bethesda, MD 20892 | ) |
| | ) |
| **Defendants.** | ) |

## **COMPLAINT**

1. Plaintiffs BUZZFEED INC., brings this Freedom of Information Act suit to force Defendants U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES ("HHS") and its component NATIONAL INSTITUTES OF HEALTH ("NIH") to produce records regarding a NIH-funded research project, "Understanding the Risk of Bat Coronavirus Emergence," conducted by EcoHealth Alliance in collaboration with the Wuhan Institute of Virology in China.  Without presenting any evidence, President Trump and Secretary of State Mike Pompeo stated that the novel coronavirus behind the COVID-19 came from the Wuhan Institute of Virology.  When asked about NIH's funding for the same lab in Wuhan at a press conference, President Trump stated that he will "end that grant very quickly." On April 24, 2020, one week after the press conference, NIH abruptly terminated this grant.  Recently, NIH informed EcoHealth that the funding will resume only under specific conditions that are difficult and nearly-impossible to meet.

## PARTIES

2. Plaintiff BUZZFEED INC. is member of the media and made the FOIA requests at issue in this case.

3. Defendant DEPARTMENT OF HEALTH AND HUMAN SERVICES ("HHS") is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

4. Defendant NATIONAL INSTITUTES OF HEALTH ("NIH") is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552. NIH is a component of U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES.

## JURISDICTION AND VENUE

5. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

6. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## MAY 4, 2020, 2020, FIRST FOIA REQUEST (FAUCI)

7. On May 4, 2020, BUZZFEED submitted a FOIA request to NIH for "emails, memos, letters, text messages, and directives sent to and from NIAID director Anthony Fauci regarding Project Number: 2R01AI110964-06 'UNDERSTANDING THE RISK OF BAT CORONAVIRUS EMERGENCE' (see https://projectreporter.nih.gov/project_info_details.cfm?aid=9819304&icde=49778456, PI Peter Daszak of the EcoHealth Alliance) from April 1[,] 2020 through the date the search for responsive records is conducted." Exhibit A.

8. Plaintiffs also requested expedited processing and a fee waiver for this request. Exhibit A.

9. On May 22, 2020, Defendants acknowledged receipt of the request and assigned reference number 54141 to the matter. Exhibit B.

10. In that letter, Defendants indicated that the time frame of the search is from April 1, 2020 through May 5, 2020, the day after he submitted the request. Exhibit B.

11. Defendants also granted expedited processing. Exhibit B.

12. On June 18, 2020, Defendants denied the request pursuant to Exemption 7(A) and Section 5.31(g)(l) of the HHS FOIA Regulations, 45 CFR Part 5. Exhibit C.

13. Defendants stated that the requested records "involve pending investigations," but have not identified any "enforcement proceedings," any "law enforcement purposes" for which the requested records were compiled, or any way in which any enforcement proceedings could be expected to be interfered with as a result of the release of the requested records. Exhibit C.

14. On June 26, 2020, BUZZFEED submitted an appeal via USPS. Exhibit D.

15. According to the USPS tracking system, the appeal letter was delivered on July, 6, 2020. Exhibit E.

16. Having heard nothing from Defendants regarding the appeal, BUZZFEED asked Defendants for a status update on August 19, 2020 via email. This email discusses the appeal status regarding two requests, 54141 and 54496, which are both at issue in this case. Exhibit F.

17. In this email, BUZZFEED attached another copy of the appeal letter for reference. Exhibit F at 1.

18. On September 3, 2020, HHS stated that the office is "unable to review and process requests sent via mail or fax" due to COVID19. HHS also stated that it logged the appeal as received on August 19th for review and processing. Exhibit F at 2.

19. On September 3, 2020, HHS acknowledged receipt of the appeal and assigned reference number 2020-00310-A-PHS to the matter. Exhibit F at 3.

20. On September 11, 2020, HHS sent another letter, which acknowledged the date it received the appeal as August 19, 2020. Exhibit F at 4-6.

21. On September 11, 2020, HHS sent an automated message indicating that the appeal is now "in process." Exhibit F at 7.

22. Defendants never issued a determination to BUZZFEED's appeal.

23. NIH is the nation's medical research agency responsible for biomedical and public health research.

24. There is a widespread concern that in cancelling and by *de facto* continuing to suspend this grant, the NIH compromised its scientific integrity and acted upon political pressure.

25. When asked about the specifics of this grant at a Congressional hearing, Anthony Fauci, Director of NIAID (an institute within NIH), testified that "NIH was told to cancel the grant." David Lim and Brianna Ehley, *Fauci Says White House Told NIH to Cancel Funding for Bat Virus Study*, Politico (June 23, 2020), https://www.politico.com/news/2020/06/23/fauci-nih-white-house-bat-study-336452.

26. There is an urgent public interest in understanding the communications regarding the grant's cancellation to assess whether or not NIH officials acted properly in this matter.

27. As of the date of this filing, Defendants have not complied with FOIA and have produced no records responsive to the request.

**MAY 4, 2020, 2020, SECOND FOIA REQUEST (COLLINS)**

28. On May 4, 2020, BUZZFEED submitted a FOIA request to NIH for "emails, memos, letters, text messages, and directives sent to and from NIH director Francis Collins regarding Project Number: 2R01AI110964-06 'UNDERSTANDING THE RISK OF BAT CORONAVIRUS EMERGENCE' (see https://projectreporter.nih.gov/project_info_details.cfm?aid=9819304&icde=49778456, PI Peter

Daszak of the EcoHealth Alliance) from April 1[,] 2020 through the date the search for responsive records is conducted." Exhibit G.

29. BUZZFEED also requested expedited processing and a fee waiver. Exhibit G.

30. On May 22, 2020, Defendants acknowledged receipt of the request and assigned reference number 54142 to the matter. Exhibit H.

31. In that letter, Defendants indicated that the time frame of the request is April 1, 2020 through May 5, 2020, the day after he submitted the request. Exhibit H.

32. Defendants also granted expedited processing. Exhibit H.

33. Having received no further correspondence from Defendants, BUZZFEED asked for a status update, but Defendants never responded. Exhibit I.

34. As stated in the previous section, there is an urgent public interest in understanding the communications regarding the grant's cancellation to assess whether or not NIH compromised its scientific integrity and acted upon political pressure.

35. As of the date of this filing, Defendants have not complied with the requirements of expedited processing, have not issued a determination, and have produced no records responsive to the request.

### MAY 4, 2020, 2020, THIRD FOIA REQUEST (LAUER)

36. On On May 4, 2020, BUZZFEED submitted a FOIA request to NIH for "emails, memos, letters, text messages, and directives sent to and from Michael Lauer regarding Project Number: 2R01AI110964-06 'UNDERSTANDING THE RISK OF BAT CORONAVIRUS EMERGENCE' (see https://projectreporter.nih.gov/project_info_details.cfm?aid=9819304&icde=49778456, PI Peter Daszak of the EcoHealth Alliance) from April 1[,] 2020 through the date the search for responsive records is conducted." Exhibit J.

37. BUZZFEED also requested expedited processing and a fee waiver. Exhibit J.

38. On June 9, 2020, Defendants stated that they received the request on May 29, 2020 and assigned reference number 54496 to the matter. Exhibit K.

39. In this letter, Defendants denied the request pursuant to Exemption 7(A) and Section 5.31(g)(l) of the HHS FOIA Regulations, 45 CFR Part 5. Exhibit K.

40. Defendants stated that the requested records "involve pending investigations," but have not identified any "enforcement proceedings," any "law enforcement purposes" for which the requested records were compiled, or any way in which any enforcement proceedings could be expected to be interfered with as a result of the release of the requested records. Exhibit K.

41. On June 16, 2020, BUZZFEED mailed its appeal via USPS. Exhibit L.

42. According to the USPS tracking system, the appeal letter was delivered on June 19, 2020. Exhibit M.

43. Having heard nothing from Defendants regarding the appeal, BUZZFEED asked Defendants for a status update on August 19, 2020 via email. This email discusses the appeal status regarding two requests, 54141 and 54496, which are both at issue in this case. Exhibit F.

44. In this email, BUZZFEED attached another copy of the appeal letter for reference. Exhibit F at 1.

45. On September 3, 2020, HHS stated that the office is "unable to review and process requests sent via mail or fax" due to COVID19. HHS also stated that it logged the appeal as received on August 19th for review and processing. Exhibit F at 2.

46. On September 3, 2020, HHS acknowledged receipt of the appeal and assigned reference number 2020-00309-A-PHS to the matter. Exhibit F at 8.

47. On September 8, 2020, HHS sent another letter, which acknowledged the date it received the appeal as August 19, 2020. Exhibit F at 9-11.

48. On September 11, 2020, HHS sent an automated message indicating that the appeal is now "in process." Exhibit F at 12.

49. Defendants never issued a determination to BUZZFEED's appeal.

50. As stated in the first section and reiterated in the previous section, there is an urgent public interest in understanding the communications regarding the grant's cancellation to assess whether or not NIH compromised its scientific integrity and acted upon political pressure.

51. As of the date of this filing, Defendants have not complied with FOIA and have produced no records responsive to the request.

### COUNT I – DEFENDATS' FIRST FOIA VIOLATION

52. The above paragraphs are incorporated herein.

53. HHS and NIH are federal agencies, subject to FOIA.

54. The requested records are not exempt under FOIA.

55. HHS and NIH have not complied with FOIA.

### COUNT II – DEFENDANTS' SECOND FOIA VIOLATION

56. The above paragraphs are incorporated herein.

57. HHS and NIH are federal agencies, subject to FOIA.

58. The requested records are not exempt under FOIA.

59. HHS and NIH have not complied with FOIA.

### COUNT III – DEFENDATNS' THIRD FOIA VIOLATION

60. The above paragraphs are incorporated herein.

61. HHS and NIH are federal agencies, subject to FOIA.

62. The requested records are not exempt under FOIA.

63. HHS and NIH have not complied with FOIA.

**WHEREFORE**, BUZZFEED asks the Court to:

i. declare that Defendants have violated FOIA;

ii. order Defendants to conduct a reasonable search for records and to produce the requested records;

iii. enjoin Defendants from withholding non-exempt public records under FOIA;

iv. award Plaintiff attorneys' fees and costs; and

v. award such other relief the Court considers appropriate.

Dated: September 22, 2020

RESPECTFULLY SUBMITTED,

/s/ *Matthew V. Topic*

Attorney for Plaintiff
BUZZFEED INC.

Matthew Topic, D.C. Bar No. IL 0037
Joshua Burday, D.C. Bar No. IL 0042
Merrick Wayne, D.C. Bar No. IL 0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com