## Fwd: Status request for two FOIA appeals, NIH Case Nos 54141 and 54496
1 message

-------- Forwarded Message --------
**Subject:** Status request for two FOIA appeals, NIH Case Nos 54141 and 54496
**Date:** Wed, 19 Aug 2020 13:07:11 -0700
**From:** Peter Aldhous <peter.aldhous@buzzfeed.com>
**To:** FOIARequest@hhs.gov

Attention: Agency chief FOIA Officer

I am following up on two FOIA appeals, sent Jun 15 2020, relating to NIH FOIA Case Nos 54141 and 54496. I have attached the relevant correspondence.

Please let me know when I can expect to receive an adjudication on these appeals.

--
**Peter Aldhous**, PhD
Science reporter | **BuzzFeed News**
tel: 415 800 3471
cell: 415 503 7323
peter.aldhous@buzzfeed.com
@paldhous
www.peteraldhous.com

---

**4 attachments**

**NIAID EcoHealth Alliance grant - Appeal.pdf**
99K

**NIH Office of Extramural Research EcoHealth Alliance grant - Appeal.pdf**
99K

**NIH FOIA 54496 - Aldous - Final Response Letter.pdf**
179K

**NIH FOIA 54141 - Aldhous - Final Response Letter.pdf**
178K

Exhibit F

## Fwd: Status request for two FOIA appeals, NIH Case Nos 54141 and 54496

Thank you for clarifying.

Due to the global pandemic, our office is unable to review and process requests sent via mail or fax. Apologies once again for the inconvenience this has caused you. We have logged your request with August 19th's date for review and processing. Please standby for an official acknowledgement letter and next steps.

Thanks again for your response. We appreciate your patience and cooperation during this time.

-HHS FOIA Intake Team

---

**From:** Peter Aldhous <peter.aldhous@buzzfeed.com>
**Sent:** Thursday, September 3, 2020 5:09 PM
**To:** OS FOIA Request (HHS/ASPA) <FOIARequest@hhs.gov>
**Subject:** Re: Status request for two FOIA appeals, NIH Case Nos 54141 and 54496

They were sent by regular mail, not email

On 9/3/20 10:25 AM, OS FOIA Request (HHS/ASPA) wrote:

Thank you for your email.

Can you please provide the email address you sent the initial appeal requests? We do not have a record of these appeals in our system and would like a copy of the original email to add to the case profiles.

Apologies for the inconvenience. Let us know if you have any questions.

Thank you!

## Fwd: Status Update for Request #'2020-00310-A-PHS'

-------- Forwarded Message --------
**Subject:** Status Update for Request #'2020-00310-A-PHS'
**Date:** 3 Sep 2020 13:38:14 -0400
**From:** noreply@ains.com
**To:** peter.aldhous@buzzfeed.com

Dear Peter Aldhous,

The status of your Appeal request #'2020-00310-A-PHS' has been updated to the following status 'Received'. To log into the HHS FOIA Submission Site click on the Application URL below.

https://requests.publiclink.hhs.gov/palMain.aspx

Sincerely,
U.S. Department of Health & Human Services

## Fwd: FOIA Request # 2020-00310-A-PHS

-------- Forwarded Message --------
**Subject:** FOIA Request # 2020-00310-A-PHS
**Date:** 11 Sep 2020 09:27:54 -0400
**From:** Kristine.Zadrovitz@hhs.gov
**To:** peter.aldhous@buzzfeed.com

RE: FOIA Request # **2020-00310-A-PHS**

**September 11, 2020**

Dear Dr. Peter Aldhous,

Please see attached.

Sincerely,

Kris Zadrovitz

 **_ PHS Request Acknowledgment Letter1.pdf**
134K

**DEPARTMENT OF HEALTH & HUMAN SERVICES**                    Office of the Secretary

Assistant Secretary for Public Affairs
Washington, D.C. 20201

**Case No.  2020-00310-A-PHS**

**September 11, 2020**

Dr. Peter Aldhous
Science reporter
BuzzFeed News
Sent via email: peter.aldhous@buzzfeed.com

Dear Dr. Peter Aldhous:

This letter acknowledges receipt of your July 15, 2020, Freedom of Information Act (FOIA) request, submitted to the Department of Health and Human Services (HHS), FOI/Privacy Acts Division concerning

**"Re: NIH FOI Case No. 54141 This is an appeal to the denial of my FOIA request referenced above. I appeal NIH's decision in its totality."** We received your request on **August 19, 2020**.

We have initiated a search to locate records falling within the scope of your request.  If our searching units advise us that you have requested a voluminous amount of records that require extensive search and examination, my staff will contact you shortly to discuss your willingness to modify your request.

The FOIA requires that we respond to your request within 20 working days of its receipt in this office. Please note the following unusual and exceptional circumstances that will impact our response time:  (1) we will need to search for and collect records from components and/or field offices external to this office; and (2) because we receive a very heavy volume of FOIA requests, we will process your request in line with our established policy of "first in, first out" case processing.  If either of these circumstances prevents our office from responding within the 20 working day timeframe, we will utilize a 10 working day extension to process your request, as permitted pursuant to the FOIA.  This policy is consistent with court decisions regarding FOIA's time limits.

The law authorizes us to collect fees for responding to FOIA requests and assume you are willing to pay any applicable fees for processing this request unless you have stated otherwise.  If at any time the fee for processing your request is estimated to exceed $250.00, we will send you an invoice for the estimated fee and suspend further processing until payment of the invoiced amount is received. If the estimated processing fee does not exceed $250.00, we will send you an invoice for the actual fee with our response.

If you are not satisfied with any aspect of the processing and handling of this request, you have the right to seek dispute resolution services from:

> HHS FOIA/PA Public Liaison
> FOI/Privacy Acts Division
> Assistant Secretary for Public Affairs (ASPA)
> Office of the Secretary (OS)
> U.S. Department of Health and Human Services (HHS)
> 200 Independence Avenue, SW, Suite 729H
> Washington, DC 20201
>
> Telephone:  (202) 690-7453
> Fax: (202) 690-8320
> E-mail: HHS_FOIA_Public_Liaison@hhs.gov

and/or:

Aldhous - Page 2 of 2
2020-00310-A-PHS

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road – OGIS
College Park, MD 20740-6001

Telephone:  202-741-5770
Toll-Free: 1-877-684-6448
E-mail: ogis@nara.gov
Fax: 202-741-5769

If you have any questions, please call (202) 260-6933, or email us at FoiaRequest@psc.hhs.gov.

Sincerely yours,

Brandon J. Gaylord
Director
FOI/Privacy Acts Division

2020-00310-A-PHS

## Fwd: Status Update for Request #2020-00310-A-PHS

1 message

-------- Forwarded Message --------
**Subject:** Status Update for Request #2020-00310-A-PHS
**Date:** 11 Sep 2020 11:34:47 -0400
**From:** noreply@ains.com
**To:** peter.aldhous@buzzfeed.com

Dear Peter Aldhous,

The status of your Appeal request #2020-00310-A-PHS has been updated to the following status 'In Process'. To log into the HHS FOIA Submission Site click on the Application URL below.

https://requests.publiclink.hhs.gov/palMain.aspx

Sincerely,
U.S. Department of Health & Human Services

## Fwd: Status Update for Request #'2020-00309-A-PHS'

-------- Forwarded Message --------
**Subject:** Status Update for Request #'2020-00309-A-PHS'
   **Date:** 3 Sep 2020 13:34:09 -0400
   **From:** noreply@ains.com
      **To:** peter.aldhous@buzzfeed.com

Dear Peter Aldhous,

The status of your Appeal request #'2020-00309-A-PHS' has been updated to the following status 'Received'. To log into the HHS FOIA Submission Site click on the Application URL below.

https://requests.publiclink.hhs.gov/palMain.aspx

Sincerely,
U.S. Department of Health & Human Services

## Fwd: PHS FOIA Acknowledgement Email 2020-00309-A-PHS
1 message

-------- Forwarded Message --------
**Subject:** PHS FOIA Acknowledgement Email 2020-00309-A-PHS
   **Date:** 8 Sep 2020 13:27:29 -0400
   **From:** Kristine.Zadrovitz@hhs.gov
      **To:** peter.aldhous@buzzfeed.com

 Dear Peter Aldhous,

Please see the attached acknowledgement letter for information concerning your FOIA matter. The tracking number for your request is 2020-00309-A-PHS. For status updates or other inquiries, please contact our office via email FOIARequest@psc.hhs.gov or call (202)260-6933.

Sincerely,

Kris Zadrovitz

 **_ PHS Request Acknowledgment Letter1.pdf**
137K

**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Office of the Secretary

Assistant Secretary for Public Affairs
Washington, D.C. 20201

**Case No. 2020-00309-A-PHS**

**September 08, 2020**

Dr. Peter Aldhous
Science reporter
BuzzFeed News
Sent via email: peter.aldhous@buzzfeed.com

Dear Dr. Peter Aldhous:

This letter acknowledges receipt of your July 15, 2020, Freedom of Information Act (FOIA) request, submitted to the Department of Health and Human Services (HHS), FOI/Privacy Acts Division concerning

**"Freedom of Information Act Appeal. Re: NIH FOI Case No. 54496 This is an appeal to the denial of my FOIA request referenced above. I appeal NIH's decision in its totality. As to any records located in investigative files for pending investigations, the agency may not assert Exemption 7(A) without conducting a document-by-document review to determine whether release of the records would interfere with ongoing law enforcement proceedings.**
**The United States District Court for the District of Columbia has noted in an opinion that an agency is obligated "to conduct record-level reviews at the administrative level before refusing to produce records contained in its investigative files." Tipograph v. Dep't of Justice, Case No. 13-cv-239 (CRC) (D.D.C. Mar. 18, 2015). I request that the NIH review the records at issue again and provide me with segregable material that would not interfere with an ongoing investigation. I have attached my original request and the response letter from NIH.".**

We received your request on **August 19, 2020**.

We have initiated a search to locate records falling within the scope of your request. If our searching units advise us that you have requested a voluminous amount of records that require extensive search and examination, my staff will contact you shortly to discuss your willingness to modify your request.

The FOIA requires that we respond to your request within 20 working days of its receipt in this office. Please note the following unusual and exceptional circumstances that will impact our response time: (1) we will need to search for and collect records from components and/or field offices external to this office; and (2) because we receive a very heavy volume of FOIA requests, we will process your request in line with our established policy of "first in, first out" case processing. If either of these circumstances prevents our office from responding within the 20 working day timeframe, we will utilize a 10 working day extension to process your request, as permitted pursuant to the FOIA. This policy is consistent with court decisions regarding FOIA's time limits.

The law authorizes us to collect fees for responding to FOIA requests and assume you are willing to pay any applicable fees for processing this request unless you have stated otherwise. If at any time the fee for processing your request is estimated to exceed $250.00, we will send you an invoice for the estimated fee and suspend further processing until payment of the invoiced amount is received. If the estimated processing fee does not exceed $250.00, we will send you an invoice for the actual fee with our response.

If you are not satisfied with any aspect of the processing and handling of this request, you have the right to seek dispute resolution services from:

HHS FOIA/PA Public Liaison

Aldhous - Page 2 of 2
2020-00309-A-PHS

FOI/Privacy Acts Division
Assistant Secretary for Public Affairs (ASPA)
Office of the Secretary (OS)
U.S. Department of Health and Human Services (HHS)
200 Independence Avenue, SW, Suite 729H
Washington, DC 20201

Telephone:  (202) 690-7453
Fax: (202) 690-8320
E-mail: HHS_FOIA_Public_Liaison@hhs.gov

and/or:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road – OGIS
College Park, MD 20740-6001

Telephone:  202-741-5770
Toll-Free: 1-877-684-6448
E-mail: ogis@nara.gov
Fax: 202-741-5769

If you have any questions, please call (202) 260-6933, or email us at FoiaRequest@psc.hhs.gov.

Sincerely yours,

Brandon J. Gaylord
Director
FOI/Privacy Acts Division

2020-00309-A-PHS

## Fwd: Status Update for Request #2020-00309-A-PHS

1 message

-------- Forwarded Message --------
**Subject:** Status Update for Request #2020-00309-A-PHS
**Date:** 11 Sep 2020 10:42:39 -0400
**From:** noreply@ains.com
**To:** peter.aldhous@buzzfeed.com

Dear Peter Aldhous,

The status of your Appeal request #2020-00309-A-PHS has been updated to the following status 'In Process'. To log into the HHS FOIA Submission Site click on the Application URL below.

https://requests.publiclink.hhs.gov/palMain.aspx

Sincerely,
U.S. Department of Health & Human Services



May 4, 2020

Peter Aldhous,
Science Reporter,
BuzzFeed News
415 800 3471
peter.aldhous@buzzfeed.com

FOIA Officer
NIH Office of the Director
Building 31 Room 5B35
9000 Rockville Pike
Bethesda, MD 20892
nihfoia@mail.nih.gov

Dear FOIA officer,

This is a request under the Freedom of Information Act, 5 USC 552.

I am a journalist working on behalf of BuzzFeed, reporting on research relevant to the threat to human health from animal coronaviruses, and in particular the NIH's funding in this area to the EcoHealth Alliance, and the recent decision to terminate that grant.

I request the following records:

- Emails, memos, letters, text messages, and directives sent to and from NIH director Francis Collins regarding Project Number: 2R01AI110964-06 "UNDERSTANDING THE RISK OF BAT CORONAVIRUS EMERGENCE" (see https://projectreporter.nih.gov/project_info_details.cfm?aid=9819304&icde=49778456, PI: Peter Daszak of the EcoHealth Alliance) from April 1 2020 through the date the search for responsive records is conducted.

I request these records in electronic format, such as PDF documents.

Reasonably Foreseeable Harm.  The FOIA Improvement Act of 2016 amended the FOIA as follows (5 USC 552(a)(8)):

(A) An agency shall—

Exhibit G

(i) withhold information under this section only if—

(I) the agency reasonably foresees that disclosure would harm an interest protected by an exemption described in subsection (b); or

(II) disclosure is prohibited by law; and

(ii) (I) consider whether partial disclosure of information is possible whenever the agency determines that a full disclosure of a requested record is not possible; and

(II) take reasonable steps necessary to segregate and release nonexempt information. .

NIH should not fail to meet the requirements of Section 552(a)(8) when processing my request and release responsive records to me in full or at least in part.

In the event some portions of the requested records are properly exempt from disclosure, please disclose any reasonably segregable non-exempt portions of the requested records. If it is your position that a document contains non-exempt segments, but that those non-exempt segments are so dispersed throughout the document as to make segregation impossible, please state what portion of the document is non-exempt, and how the material is dispersed throughout the document. If a request is denied in whole, please state specifically that it is not reasonable to segregate portions of the record for release.

**Fee benefit**

As a member of the media, I am entitled to be placed in the "news media, educational, or scientific requesters" category. As such, I should only be charged for duplication fees beyond the first 100 pages. Further, I assert that this request is in the public interest, because it is likely to contribute significantly to public understanding of the operations and activities of the government, and therefore request a fee waiver.

**Fee waiver**

Please waive any applicable fees. Release of the information is not primarily in my commercial interest and will contribute significantly to public understanding of government operations and activities. 5 U.S.C. § 552(a)(4)(A)(iii). Release of these records will explain to the public the decision to end a research project that experts are calling vital to understanding the current coronavirus pandemic and preventing another one (see https://www.npr.org/sections/goatsandsoda/2020/04/29/847948272/why-the-u-s-government-stopped-funding-a-research-project-on-bats-and-coronaviru).

**Request for Expedited Processing**

Please provide expedited processing of this request which concerns a matter of urgency. As a science reporter, I am primarily engaged in disseminating information. The public has an urgent need for information about the handling and termination of this project because it will bring information about a research effort investigating threats like the novel coronavirus that has killed tens of thousands of US citizens. The government's decision to terminate the project has clear and urgent implications for public health. The project could yield vital information for understanding the origins of the COVID-19 pandemic, and for drug design and testing. Also, if there were genuine concerns that the outbreak may have originated in an accidental release from a lab funded under this project, that is information the public has an urgent need to know.

I certify that my statements concerning the need for expedited processing are true and correct to the best of my knowledge and belief.

As I am making this request as a journalist and this information is of timely value, I would appreciate your communicating with me by telephone or email, rather than by mail, if you have questions regarding this request.

I look forward to your reply within 20 business days, as the statute requires.


Sincerely,


Peter Aldhous


on behalf of BuzzFeed



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Public Health Service

National Institutes of Health
Freedom of Information Office
Building 31, Room 5B-35
31 Center Drive, MSC 2107
Bethesda, Maryland 20892-2107
phone: (301) 496-5633
fax: (301) 402-4541

Via email: peter.aldhous@buzzfeed.com

May 22, 2020

Peter Aldhous
121 2nd Street, 3rd Floor
San Francisco, CA 94105

Re:  FOI Case No. 54142

Dear Mr. Aldhous:

This acknowledges your May 4, 2020, Freedom of Information Act (FOIA) request addressed to National Institutes of Health (NIH) FOIA Office, which was received in this office that same day.  You requested copies of emails, memos, letters, text messages, and directives sent to and from NIH director Francis Collins regarding Project Number: 2R01AI110964-06 "UNDERSTANDING THE RISK OF BAT CORONAVIRUS EMERGENCE," from April 1, 2020 through May 5, 2020.

You also requested expedited processing.

The FOIA, 5 U.S.C. §552(a)(6)(E), requires agencies to consider requests for expedited processing and grant them whenever a "compelling need" is shown and in other cases as determined by the agency.  The term "compelling need" is defined as (1) involving "an imminent threat to the life or physical safety of an individual," or (2) in the case of a request made by "a person primarily engaged in disseminating information, urgency to inform the public concerning actual or alleged Federal Government activity."  The compelling need standard is "intended to be narrowly applied."  *Al-Fayed v. CIA*, 254 F.3d 300, 310 (D.C. Cir. 2001).

In support of your request, you state that, "The public has an urgent need for information about the handling and termination of this project because it will bring information about a research effort investigating threats like the novel coronavirus that has killed tens of thousands of US citizens."  I have determined that your request for expedited processing does meet the criteria under the FOIA.  You demonstrated that there exists an urgency to inform the public concerning actual or alleged Federal Government activity. Therefore, I am granting your request for expedited processing.

Exhibit H

We are searching the files of the NIAID for records responsive to your request.  If any documents responsive to your request are located, they will be reviewed for releasability, and all releasable information will be sent to you.  We will do everything possible to comply with your request in a timely manner.  Please contact the NIAID FOIA Office at foia@niaid.nih.gov or 301-496-9737 for additional information or to inquire about the status of your request.

Provisions of the FOIA allow us to recover part of the cost of complying with your request.  We shall charge you for records in accordance with the Department of Health and Human Services (HHS) FOIA Regulations as they apply to news media requesters; i.e., you will be charged for duplication at 10-cents per page although the first 100 pages are free; there is no charge for search or review time.  Please be advised that the HHS FOIA Regulations allow us to charge for search time even if we do not locate any responsive records or if we determine that some or all of the responsive records are exempt under one of the FOIA's nine exemptions.  Because we are uncertain that applicable fees will exceed our minimum charge ($25.00), we are not addressing your request for a fee waiver at this time.  However, if it is determined that there will be fees associated with processing your request, we will contact you at that time.

If you are not satisfied with the processing and handling of this request, you may contact the NIH FOIA Public Liaison and/or the Office of Government Information Services (OGIS):

| NIH FOIA Public Liaison | OGIS |
|---|---|
| Stephanie Clipper | National Archives and Records Admin. |
| Public Affairs Specialist | 8601 Adelphi Rd - OGIS |
| Office of Communications and Public Liaison | College Park, MD 20740-6001 |
| Building 31, Room 5B35 | 202-741-5770 (phone) |
| 31 Center Drive | 1-877-684-6448 (toll-free) |
| Bethesda, MD 20814 | 202-741-5769 (fax) |
| 301-496-1828 (phone) | ogis@nara.gov (email) |
| 301-496-0818 (fax) | |
| nihfoia@mail.nih.gov (email) | |

Sincerely,

Gorka Garcia-malene -S

Digitally signed by
Gorka Garcia-malene -S
Date: 2020.05.22
16:29:08 -04'00'

Gorka Garcia-Malene
Freedom of Information Officer, NIH

**Fwd: Status request re FOIA Case No. 54142**

-------- Forwarded Message --------
**Subject:** Status request re FOIA Case No. 54142
**Date:** Wed, 19 Aug 2020 12:53:33 -0700
**From:** Peter Aldhous <peter.aldhous@buzzfeed.com>
**To:** nihfoia@mail.nih.gov, gorka.garcia-malene@nih.gov, stephanie.clipper@nih.gov, roger.bordine@nih.gov

Dear all,

This is an urgent request for the status my May 4 FOIA request, Case No. 54142 for:

copies of emails, memos, letters, text messages, and directives sent to and from NIH director Francis Collins regarding Project Number: 2R01AI110964-06 "UNDERSTANDING THE RISK OF BAT CORONAVIRUS EMERGENCE," from April 1, 2020 through May 5, 2020.

I was granted expedited processing for this request on May 22. Since then I have heard nothing.

I have attached the relevant correspondence, and pasted below my signature the current status of this request, and two related requests made at the same time.

Please inform me what is happening.

Sincerely,

--
**Peter Aldhous**, PhD
Science reporter | **BuzzFeed News**
tel: 415 800 3471
cell: 415 503 7323
peter.aldhous@buzzfeed.com
@paldhous
www.peteraldhous.com

## Request Details

Click on Request # to view request details.

| Case # | Description | Total Invoice Amount | Fee Due | Status | Dow |
|---|---|---|---|---|---|
| 54496 | Emails, memos, letters, text messages, and directi... | 0.00 | 0.00 | Closed | |
| 54142 | Emails, memos, letters, text messages, and directi... | 0.00 | 0.00 | Received | |
| 54141 | Emails, memos, letters, text messages, and directi... | 0.00 | 0.00 | Closed | |

Showing 1 to 3 of 3 entries

Previous

**2 attachments**

📄 **NIH FOIA 54142 - Aldous - Expedited Processing Letter.pdf**
197K

📄 **NIH Office of the Director EcoHealth Alliance grant.pdf**
158K

Exhibit I



**REPORTING TO YOU**

May 4, 2020

Peter Aldhous,
Science Reporter,
BuzzFeed News
415 800 3471
peter.aldhous@buzzfeed.com

FOIA Officer
NIH Office of Extramural Research
Building 31 Room 5B35
9000 Rockville Pike
Bethesda, MD 20892
nihfoia@mail.nih.gov

Dear FOIA officer,

This is a request under the Freedom of Information Act, 5 USC 552.

I am a journalist working on behalf of BuzzFeed, reporting on research relevant to the threat to human health from animal coronaviruses, and in particular the NIH's funding in this area to the EcoHealth Alliance, and the recent decision to terminate that grant.

I request the following records:

- Emails, memos, letters, text messages, and directives sent to and from Michael Lauer regarding Project Number: 2R01AI110964-06 "UNDERSTANDING THE RISK OF BAT CORONAVIRUS EMERGENCE" (see https://projectreporter.nih.gov/project_info_details.cfm?aid=9819304&icde=49778456, PI: Peter Daszak of the EcoHealth Alliance) from April 1 2020 through the date the search for responsive records is conducted.

I request these records in electronic format, such as PDF documents.

Reasonably Foreseeable Harm.  The FOIA Improvement Act of 2016 amended the FOIA as follows (5 USC 552(a)(8)):

(A) An agency shall—

Exhibit J

(i) withhold information under this section only if—

(I) the agency reasonably foresees that disclosure would harm an interest protected by an exemption described in subsection (b); or

(II) disclosure is prohibited by law; and

(ii) (I) consider whether partial disclosure of information is possible whenever the agency determines that a full disclosure of a requested record is not possible; and

(II) take reasonable steps necessary to segregate and release nonexempt information. .

The NIH Office of Extramural Research should not fail to meet the requirements of Section 552(a)(8) when processing my request and release responsive records to me in full or at least in part.

In the event some portions of the requested records are properly exempt from disclosure, please disclose any reasonably segregable non-exempt portions of the requested records. If it is your position that a document contains non-exempt segments, but that those non-exempt segments are so dispersed throughout the document as to make segregation impossible, please state what portion of the document is non-exempt, and how the material is dispersed throughout the document. If a request is denied in whole, please state specifically that it is not reasonable to segregate portions of the record for release.

**Fee benefit**

As a member of the media, I am entitled to be placed in the "news media, educational, or scientific requesters" category. As such, I should only be charged for duplication fees beyond the first 100 pages. Further, I assert that this request is in the public interest, because it is likely to contribute significantly to public understanding of the operations and activities of the government, and therefore request a fee waiver.

**Fee waiver**

Please waive any applicable fees. Release of the information is not primarily in my commercial interest and will contribute significantly to public understanding of government operations and activities. 5 U.S.C. § 552(a)(4)(A)(iii). Release of these records will explain to the public the decision to end a research project that experts are calling vital to understanding the current coronavirus pandemic and preventing another one (see https://www.npr.org/sections/goatsandsoda/2020/04/29/847948272/why-the-u-s-government-stopped-funding-a-research-project-on-bats-and-coronaviru).

**Request for Expedited Processing**

Please provide expedited processing of this request which concerns a matter of urgency. As a science reporter, I am primarily engaged in disseminating information. The public has an urgent need for information about the handling and termination of this project because it will bring information about a research effort investigating threats like the novel coronavirus that has killed tens of thousands of US citizens. The government's decision to terminate the project has clear and urgent implications for public health. The project could yield vital information for understanding the origins of the COVID-19 pandemic, and for drug design and testing. Also, if there were genuine concerns that the outbreak may have originated in an accidental release from a lab funded under this project, that is information the public has an urgent need to know.

I certify that my statements concerning the need for expedited processing are true and correct to the best of my knowledge and belief.

As I am making this request as a journalist and this information is of timely value, I would appreciate your communicating with me by telephone or email, rather than by mail, if you have questions regarding this request.

I look forward to your reply within 20 business days, as the statute requires.


Sincerely,


Peter Aldhous


on behalf of BuzzFeed