

**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Public Health Service

National Institutes of Health
Freedom of Information Office
Building 31, Room 5B-35
31 Center Drive, MSC 2107
Bethesda, Maryland 20892-2107
phone: (301) 496-5633
fax: (301) 402-4541

Via Email: peter.aldhous@buzzfeed.com

June 9, 2020

Peter Aldous
Science Reporter, BuzzFeed News
121 2nd Street, 3rd Floor
San Francisco, CA 94105

Re: FOI Case No. 54496

Dear Mr. Aldous:

This is the final response to your Freedom of Information Act (FOIA) request dated May 4, 2020, addressed to the FOIA Office, National Institutes of Health (NIH), which was received in this office on May 29, 2020. You requested a copy of emails, memos, letters, text messages, and directives sent to and from Michael Lauer regarding Project Number: 2R01AI110964-06 "UNDERSTANDING THE RISK OF BAT CORONAVIRUS EMERGENCE" (PI: Peter Daszak of the EcoHealth Alliance) from April 1 2020 through the date the search for responsive records is conducted.

We consulted the NIH Office of Extramural Research (OER) for records responsive to your request. The records you requested involve pending investigations. I have determined to withhold those records pursuant to Exemption 7(A), 5 U.S.C. § 552, and section 5.31 (g)(l) of the HHS FOIA Regulations, 45 CFR Part 5. Exemption 7(A) permits the withholding of investigatory records compiled for law enforcement purposes when disclosure could reasonably be expected to interfere with enforcement proceedings.

You have the right to appeal this determination to deny you access to information in the Agency's possession. Should you wish to do so, your appeal must be sent within ninety (90) days of the date of this letter, following the procedures outlined in Subpart F of the HHS FOIA Regulations (https://www.federalregister.gov/documents/2016/10/28/2016-25684/freedom-of-information-regulations) to:

> Assistant Secretary for Public Affairs
> Agency Chief FOIA Officer
> U.S. Department of Health and Human Services
> Office of the Assistant Secretary for Public Affairs, Room 729H
> 200 Independence Avenue, S.W.
> Washington, DC 20201

Clearly mark both the envelope and your letter "Freedom of Information Act Appeal."

Exhibit K

Page 2 – 54496 Aldous

If you are not satisfied with the processing and handling of this request, you may contact the NIH FOIA Public Liaison and/or the Office of Government Information Services (OGIS):

<u>NIH FOIA Public Liaison</u>
Stephanie Clipper
Public Affairs Specialist
Office of Communications and Public Liaison
Building 1 Room 331
1 Center Drive
Bethesda, MD 20892
301-496-1828 (phone)
nihfoia@mail.nih.gov (email)

<u>OGIS</u>
National Archives and Records Admin.
8601 Adelphi Rd – OGIS
College Park, MD 20740-6001
202-741-5770 (phone)
1-877-684-6448 (toll-free)
202-741-5769 (fax)
ogis@nara.gov (email)

In certain circumstances provisions of the FOIA and HHS FOIA Regulations allow us to recover part of the cost of responding to your request. Because no unusual circumstances apply to the processing of your request, there is no charge associated with our response.

If you have any questions about this response, please call 301-496-5633.

Sincerely,

Gorka Garcia-malene -S
Digitally signed by Gorka Garcia-malene -S
Date: 2020.06.09 16:24:32 -04'00'

Gorka Garcia-Malene
Freedom of Information Officer, NIH



Jun 15, 2020

Peter Aldhous,
Science Reporter,
BuzzFeed News
415 800 3471
peter.aldhous@buzzfeed.com

**Freedom of Information Act  Appeal**

**Re: NIH FOI Case No. 54496**

Assistant Secretary for Public Affairs
Agency Chief FOIA Officer
U.S. Department of Health and Human Services
Office of the Assistant Secretary for Public Affairs, Room 729H
200 Independence Avenue, S.W.
Washington, DC 20201

Dear Chief FOIA Officer,

This is an appeal to the denial of my FOIA request referenced above.

I appeal NIH's decision in its totality.

As to any records located in investigative files for pending investigations, the agency may not assert Exemption 7(A) without conducting a document-by-document review to determine whether release of the records would interfere with ongoing law enforcement proceedings.

The United States District Court for the District of Columbia has noted in an opinion that an agency is obligated "to conduct record-level reviews at the administrative level before refusing to produce records contained in its investigative files." Tipograph v. Dep't of Justice, Case No. 13-cv-239 (CRC) (D.D.C. Mar. 18, 2015).

Exhibit L

I request that the NIH review the records at issue again and provide me with segregable material that would not interfere with an ongoing investigation.

I have attached my original request and the response letter from NIH.

Sincerely,

Peter Aldhous

on behalf of BuzzFeed

The appeal for NIH FOI Case No. 54496 was shipped Jun 16 and USPS tracking shows it arrived Jun 19:

**Tracking Number:** 9400111899563990903174

Your item was delivered to the front desk, reception area, or mail room at 11:17 am on June 19, 2020 in WASHINGTON, DC 20201.

**USPS Premium Tracking™ Available** ⌄

**Status**

✓ **Delivered**

June 19, 2020 at 11:17 am
Delivered, Front Desk/Reception/M
WASHINGTON, DC 20201

**Get Updates** ⌄

Exhibit M