IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BUZZFEED INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 20-cv-2704 (RDM) |
| ) | |
| **U.S. DEPARTMENT OF** ) | |
| **HEALTH & HUMAN SERVICES**, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**JOINT STATUS REPORT**

The parties jointly report that this case concerns three Freedom of Information Act (FOIA) requests seeking records in the custody of Francis Collins and Michael Lauer of the National Institutes of Health, as well as Anthony Fauci of the National Institute of Allergy and Infectious Diseases. Defendants have identified approximately 700 pages of potentially responsive records in the custody of Dr. Fauci, and are still searching for potentially responsive records in the custody of Drs. Collins and Lauer.

The parties propose that Defendants process 300 pages of potentially responsive records per month, and produce all non-exempt records (or portions thereof) for which further interagency consultation is not required. The parties ask the Court's leave to file a further joint status report, no later than June 18, 2021.

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

- 2 -

/s/ James Bickford
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

*Counsel for Defendants*

and

/s/ Matthew Topic
Matthew Topic, IL0037
Joshua Burday, IL0042
Merrick Wayne, IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com

*Counsel for Plaintiff*

Date: April 5, 2021