IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUZZFEED, INC., <br><br> Plaintiff, <br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> Defendants. | Case No. 1:20-cv-2704-RDM |

## JOINT STATUS REPORT

The parties jointly report that this case concerns three Freedom of Information Act (FOIA) requests seeking records in the custody of Francis Collins and Michael Lauer of the National Institutes of Health, as well as Anthony Fauci of the National Institute of Allergy and Infectious Diseases.

Defendants have made several monthly productions of responsive records (excluding any exempt materials) and propose to continue making such monthly productions. The parties ask the Court's leave to file a further joint status report, no later than May 20, 2022.

Dated: February 25, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Laurel H. Lum*
LAUREL H. LUM
Trial Attorney (NY Bar No. 5729728)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (202) 305-8177
E-mail: laurel.h.lum@usdoj.gov

*Counsel for Defendants*

*/s/ Matthew Topic*
MATTHEW TOPIC, D.C. Bar No. IL 0037
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com

*Counsel for Plaintiff*